IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-120-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THEODORE ROOSEVELT HARDY, ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to defendant's motion for a sentence reduction [D.E. 280]. The response is due not later than December 15, 2017.

SO ORDERED. This 14 day of November 2017.

JAMES C. DEVER III
Chief United States District Judge