IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-120-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>THEODORE ROOSEVELT HARDY, )<br>)<br>Defendant. ) | **ORDER** |

On October 16, 2017, Theodore Roosevelt Hardy ("Hardy"), appearing pro se, filed a motion for a copy of the sentencing transcript in his case [D.E. 331]. Although a court reporter transcribed Hardy's sentencing hearing, the court reporter did not prepare transcripts. No one ordered one.

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Hardy has failed to show a particularized need for the transcript. To the extent Hardy's motion could be construed as motion to obtain transcripts without charge, the motion [D.E. 331] is DENIED.

SO ORDERED. This 14 day of November 2017.

JAMES C. DEVER III
Chief United States District Judge